Receipt #
11089084

12/18/09 ag

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
UNCLAIMED FUNDS

The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 393.53 IN 2 CHECKS
CHECK # 14828 FOR $262.87
CHECK # 14829 FOR $130.66
Representing unclaimed funds.

DATED: 12-16-2009

S/ ALBERT J. MOGAVERO

ALBERT J. MOGAVERO
TRUSTEE



FILED
DEC 29 2009
BANKRUPTCY COURT
BUFFALO, N.Y.

| Check Number | Debtor Last Name | Debtor BK Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | | Zip Code |
|---|---|---|---|---|---|---|---|---|---|
| 844318 | ROWE | 0700837 | 249.00 | CHAPTER 7 TRUSTEE/07-00837 | C/O CAHPTER 7 TRUSTEE | – MARK SCHLANT | UNKNOWN | NY | 14202 |
| 844326 | HIGGINS | 0813414 | 5.01 | CHAPTER 7 TRUSTEE/08-13414 | C/O CHAPTER 7 TRUSTEE | – JOHN RING | UNKNOWN | NY | 14202. |
| 844696 | SAND | 0700092 | 0.95 | CITIBANK, TR FOR STUDENT LOA | CITIBANK (SD) NA | 701 E 60TH STREET NORTH | SIOUX FALLS | SD | 57117 |
| 848843 | STEPNEY | 0413475 | 7.91 | UNIVERSITY EMERGENCY MEDIC | C/O MERCANTILE ADJ BUREAU | P.O. BOX 9016 | WILLIAMSVILLE | NY | 14231916 |
| 849509 | WALL | 0511073 | 5.00 | KEVIN & BRENDA WALL | 135 61ST STREET | | NIAGARA FALLS | NY | 14304 |
| 849512 | ROSS | 0511611 | 5.00 | EULA L ROSS | 43 GOULDING AVENUE | | BUFFALO | NY | 14208 |
| 849515 | POLEON | 0512610 | 21.92 | THOMAS & SUSAN POLEON | 68 ASHTON PLACE | | BUFFALO | NY | 14220 |
| 849537 | PANARO JR | 0592577 | 9.34 | LAURA J PANARO JR | 9455 ZIMMERMAN ROAD | | BOSTON | NY | 14025 |
| 849546 | SAND | 0700092 | 1.81 | STEPHEN J SAND | 237 EVERGREEN DRIVE | | TONAWANDA | NY | 141506203 |
| 849549 | ISHMAEL | 0701422 | 5.00 | TAMARA & RICHARD ISHMAEL | 21 SOUTH LYON STREET | | BATAVIA | NY | 14020 |
| 849557 | LUCAS | 0704983 | 51.18 | CASSANDRA LUCAS | 183 EASTON AVENUE | | BUFFALO | NY | 142153152 |
| 849559 | DELGADO | 0810873 | 5.00 | MICHAEL & KIMBERLY DELGADO | 115 W. WATER ST. | | OLEAN | NY | 14760 |
| 849562 | BRYAN | 0812076 | 5.00 | WILLIAM & DARLA BRYAN | P.O. BOX 116 | | ANDOVER | NY | 14806 |
| 849564 | MYERS | 0812701 | 2.89 | KEVIN & PATRICIA MYERS | 48 ALBEMARLE STREET | | BUFFALO | NY | 14207 |
| 849566 | LEMON, SR. | 0812822 | 5.97 | LEE E LEMON, SR. | 183 EASTON AVENUE | | BUFFALO | NY | 14215 |
| 849570 | JENKINS | 0814592 | 5.00 | JUEROY JENKINS | 233 LORING AVENUE | | BUFFALO | NY | 14214 |
| 849574 | BARNES | 0910048 | 5.00 | PAUL L BARNES | 152 65TH STREET | | NIAGARA FALLS | NY | 14304 |
| 849477 | FEARS | 0410232 | 2.55 | ROSE FEARS | 231 OXFORD, BUFFALO, NY 14209 | | | | |